UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EDWARD C. RIHA, JR. and LAURA S. RIHA, and all others similarly situated,<br>      Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:06-cv-234-RLY-TAB |

## FINAL JUDGMENT

The court, having this day entered summary judgment in favor of defendant State Farm Automobile Insurance Company, now **GRANTS** final judgment in its favor, and against the Plaintiffs herein, Edward C. Riha, Jr. and Laura S. Riha.

**SO ORDERED** this  3rd   day of January 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court


_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Alan Craig Burnette
burnette@alanburnette.com

Joseph A. Cancila Jr.
SCHIFF HARDIN LLP
jcancila@schiffhardin.com

Dennis F. Cantrell
BINGHAM MCHALE, LLP
dcantrell@binghammchale.com

Heidi Dalenberg
SCHIFF HARDIN LLP
hdalenberg@schiffhardin.com

Ayad Paul Jacob
SCHIFF HARDIN LLP
ajacob@schiffhardin.com

Justin Wyborn Leverton
STEWART & IRWIN
jleverton@silegal.com

Tara J. Stapleton
BINGHAM MCHALE LLP
tstapleton@binghammchale.com

Donn H. Wray
STEWART & IRWIN
dwray@stewart-irwin.com